**Lawrence J. ROUSSELLE, Jr., Plaintiff-Appellant,**

**v.**

**Leander H. PEREZ, Jr., et al., Defendants-Appellees.**

**No. 71–1075**
**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.
July 7, 1971.

Benjamin E. Smith, Smith & Scheuermann, New Orleans, La., for plaintiff-appellant.

Preston H. Hufft, Chalmette, La., on brief for defendants-appellees.

ORDER DISMISSING APPEAL

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

It being plainly obvious that this Court is without jurisdiction of this appeal, we, *sua sponte*, order the same dismissed.

Dismissed.